Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Sonia Gutierrez**

Case Number: **2:22CR00262**

Name of Sentencing Judicial Officer: **Honorable Jeffrey T. Miller**

Date of Original Sentence: **June 6, 2022**

Original Offense: **Conspiracy to Evade Reporting Requirements**

Original Sentence: **1 Days prison, followed by 12 Months TSR.**

Date Supervision Commenced: **June 6, 2022**

Date Jurisdiction Transferred to District of Nevada: **November 29, 2022**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

On June 6, 2022, Sonia Gutierrez was sentenced in the Southern District of California to a term of time served imprisonment followed by one (1) year supervised release for committing the offense of Conspiracy to Evade Reporting Requirements, a Class D Felony. On the same date, Gutierrez commenced her supervised release term in the District of Nevada. On November 29, 2022, Your Honor accepted jurisdiction of Gutierrez' case. Gutierrez is scheduled to expire from supervision on June 5, 2023.

Gutierrez is requesting travel to Tijuana, Mexico on May 5, 2023, returning on May 9, 2023. Gutierrez plans to travel to Mexico to visit her mother. If approved, Gutierrez intends to drive her personal vehicle and stay in her mother's home in Tijuana, Mexico for the duration of her travel. Gutierrez has remained compliant thus far on supervision and is currently on the low-risk caseload.

At this time, our office is not opposed to Gutierrez' international travel request given her compliance. Additionally, our office respectfully requests the approval of the Court for Gutierrez

**RE: Sonia Gutierrez**

to travel outside of the country. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

                                                       Respectfully submitted,

                                                       _____
                                                       Briana Casey
                                                       United States Probation Officer Assistant

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

---

### THE COURT ORDERS

X       Requested Travel is Approved

☐       Requested Travel is Denied

☐       Other

                                                   _____
                                                   Signature of Judicial Officer

                                                   April 25, 2023
                                                   Date